IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>vs.<br><br>CHAD EDWARD BERRY,<br>　　　Defendant. | No. 4:15-CR-137<br><br>DEFENDANT'S MOTION FOR SENTENCE REDUCTION<br><br>[ADDITIONAL BRIEFING REQUEST] |

COMES NOW, Defendant Chad Edward Berry, by and through counsel, and respectfully moves for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (compassionate release). In support of this motion, Mr. Berry asks the Court to consider the attached brief, exhibits, and such other matters as the Court may consider.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　Paul J. Statler  AT0012577
　　　　　　　　　　　　　　　301 East Walnut Street, Suite 7
　　　　　　　　　　　　　　　Des Moines, Iowa 50309
　　　　　　　　　　　　　　　Phone: 515.288.0509 Fax: 515.608.4484
　　　　　　　　　　　　　　　Email: paul@statlerlaw.net
　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT

Copies to:

Mikaela J. Shotwell
Assistant United States Attorney
U. S. Courthouse Annex, Suite 286
110 East Court Avenue
Des Moines, Iowa 50309
Tele: (515) 473-9300
Mikaela.Shotwell@usdoj.gov
ATTORNEYS FOR PLAINTIFF

2

**PROOF OF SERVICE**

The undersigned certifies that on July 12, 2022 the foregoing instrument was served upon all parties to the above cause by:

| | | |
|---|---|---|
| ( )personal service | ( ) | first class mail |
| ( )certified mail, return receipt requested | ( ) | facsimile |
| ( )Airborne Express (overnight) | (X) | electronic filing |
| | ( ) | e-mail |

I declare that the statements above are true to the best of my information, knowledge and belief.

 */s/ Paul J. Statler*