# Paul Statler

| | |
|---|---|
| **From:** | BERRY CHAD EDWARD (15586030) |
| **Sent Date:** | Sunday, July 10, 2022 6:08 PM |
| **To:** | paul@statlerlaw.net |
| **Subject:** | FSA Time credits |

Paul

I'm not sure if this is important or not. the case managers here have started putting in halfway packets for inmates with out days in April and May of 2025 when they applied there earned time credits. that being said my out date is May 29th 2025. i will know more when my case Manager comes back to work when that is I'm not sure. i think i have 21 months or more earned time credits. how the inmate explained to me is they took 12 months off the end of the sentence, then put him in for 12 months halfway house then applied the rest of the time credits taking off close to three years of his sentence, they applied 630 day worth of time credit. by my own math i have 605 credits, that i will confirm when i speak to my Case Manager, I'm hoping to do that with in the week. like i said i don't know if that will help our case, being I'm going to be getting out within six to twelve months maybe sooner. it would make me feel safer to miss the next wave of COVID that they predict is coming during flu season this winter. Plus when it gets in this prison I'm almost positive over 90% of staff and inmates contract it every time. they no longer do mass testing anymore they just do case to case Quarantines, and tell us if we fell systems to let them know. when i get a solid answer i will let you know. if you would like for me to call you so i can explain to you better let me know a time and # to call. thank you



**DEFENDANT'S EXHIBIT**
**A**
4:15-CR-137