In the spring of 2017 at FCI Pekin I injured my back severely. It took the BOP 14 months to get me a MRI were they discovered I a herniation of a disc between my S1 and L5 disc in my spine were they determined to try and treat me with pain management by giving me injections. During the time I was waiting I was transferred to FMC Rochester to the work cadre due to my security level changing. due to the transfer my injections were canceled. Since the transfer I have only been given one set of shots in each part of my back that I have issues with and they were in 2020 after I caught COVID.

I caught COVID in December 2020 and also had a really bad relapse with the herniation in my back at the same time. Due to me being quarantined I could not receive the help and treatment I needed. My back was so bad they put me on narcotics and exhausted all my Toradol shots I was able to receive in a years' time. I was put on steroids and other medication that just did not work. It was hands down the was the worst thing I have been through emotionally and physically in my life. I pretty much had to and still have to beg for help. I was given COVID antibodies during this time for the reason that they thought I was at risk due to my immune system. During all this I was treated By Dr. Jordan and PA Witter.  Some time after my 21 day Quarantine I received my first nerve block in ejection for my lower back and it helped more than anything I have yet tried outside surgery.

Due to the relief from the injection I asked PA Witter to take me off the narcotics which I felt I was getting dependent on after having a conversation with him about how I thought I was getting a little hooked physically on the Oxycontin. In late February I woke early one morning very cold and shivering and felt there was something very wrong with myself, I jumped in the shower and waited to see the nurse at pill line to let them know I thought I may have broken a very high fever. Later that morning I went to see PA Witter and told him every detail and told him I think I threw my back out from shivering all I was given was a Toradol shot and sent back to the unit. a little while later I felt very sick and cold again much pain and discomfort, and started shivering.

**DEFENDANT'S EXHIBIT B**
4:15-CR-137

I told the unit officer to call the nurse and tell them something is really wrong with me, that nurse was RN Sublett, at that time she responded that Witter said he could do nothing more for me and she will see me at pill line which was hours away. After that I just got in my bunk and covered up I was kind of out of it and one of the other inmates came to check on me and seen how bad I looked and demanded the unit officer to get someone up there. the officer which I think name is Williams and Ms. McCarthy came to my room after seeing me the officer went to contact someone and by chance RN Marks was in the building and came to check on me she brought in a vitals machine and took my temp and it was over 102 degrees. It took some time to get me out of the building because they wanted her to wait for the compound to open while waiting RN Sublett apparently already in the building when she refused to check on me asked me "where do you think you're going". I told her I was pretty messed up. RN Sublett whispered something to RN Marks and then I heard RN Marks respond "but he has a 102 temp".

I was escorted to medical were I started to get way worse with so much pain and my temp ended up over 105 degrees and they call the ambulance to take me to the hospital. While at the hospital they determined that it was long COVID and may be due to my immune system. they said my antibodies were very high and were confident I was not contagious and my body was just trying to shed the virus from when I was infected with COVID in December. They were giving me some very strong medication through IV and they could not get the veins to take the IV and it was very painful I asked the doctor did he think I needed the medication and he said more than likely no. So, I asked for the IV to be taken out due to the pain they saw no reason to give it to me in pill form or any other form available. After being sent back to FMC, I was put in a quarantine unit in the medical building for a total of 20 days. While there, I asked why I didn't get the help I asked for from the RN's I was told they said I was just "drug seeking" and there was nothing wrong with me, they being RN Sublett and RN Wheelock.

Now I'm recovering from Covid again and going through the same thing. I have been waiting for a number of procedures including injections for my back and they keep

getting canceled I have been dealing with all this for approximately five years. I have gained over 70 pounds due to not being able to exercise and being put on steroids so many times for my back and only getting 6 hours a week of yard time if the compound is open and we have only had the yard open a little over six months and every time COVID hits here its closed. I'm obese—my BMI is 38. I simply do not get care that I need nor am I able to take care of myself.

I'm mentally and emotionally wrecked, and my health is declining way too fast. The living conditions here are very harmful and there is no way to social distance from others. The unit I'm on is packed—they closed the slam gates and turned one unit into two and have stuffed us in like sardines. I'm almost a 100% the squared footage is way too small for the # of bodied they have on my unit it's like a hog barn elbow to elbow.

If there is anything you want me to elaborate more on let me know. I have to say it would benefit to talk to the doctors at Mayo clinic infectious disease, and the RN's here in the infectious disease department RN Marks is in that department. I'm hoping that I don't have long COVID again this time around, but I was told it could happen again and it can be fatal.

Thank you,

*[signature]*

Chad Edward Berry