My release plan if my sentenced is reduced:

I have completed many programs while in the BOP to better prepare myself of reentry to society, many of those being Vocational Training. I will be living with my mother, JoAnn Oppedal, at our family home of 22 years in Newton, Iowa.

I will reconnect with my children, one who was born after my incarceration, and family and actively participate in their lives—something which I have not done in the past. I have immediate employment with a construction company, Well Hung Gutters, in Newton, Iowa. The owner, Michael Jaennette (641) 521-2676, can and will confirm this. While working for Well Hung Gutters, my plan is to apply at companies to utilize my Associates Degree in industrial electro mechanical technologies to secure a career, not just "work a construction job" the rest of my life. 3M in Knoxville, Iowa being the first of those I would be applying at.

My family and I have also set up after care for drug and mental health treatment at Integrated Treatment Services in Newton, Iowa. The owner Terry Salis, phone number (641)792-0045, can confirm this. As discussed in my other letter, I have experienced many severe health problems while incarcerated and it has been a struggle to get the treatments needed in a timely manner, more so since I repeatedly contracted COVID. I will lead a Law-abiding productive life when released.

I am also eligible for the First Step Act earned time credits and will be able to redeem approximately 2 years of earned credits by program reviews in June of 2023 so that only gives me some were close to 12 months left of my sentence from the current date.

Thank you for your time.

*[signature]*

Chad Edward Berry

**DEFENDANT'S EXHIBIT C**
4:15-CR-137