Case 4:15-cr-00137-RGE-SHL   Document 59-5   Filed 07/12/22   Page 1 of 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>CHAD EDWARD BERRY,<br>Defendant. | No. 4:15-cr-137<br><br>AFFIDAVIT OF NICOLE E. SAVAGE |

I, Nicole E. Savage, do hereby state under oath: I am currently employed and live in Newton, Iowa. I am a single mother of three children, and I work as a Registered Nurse at Progress Industries. I have been employed at Progress Industries since July 2019. I recently accepted the Registered Nurse position at Progress Industries, where I provide care for individuals with intellectual disabilities, physical disabilities, and mental health disorders. Chad Edward Berry is the father of my youngest child, Bladen Berry, age 6; and am aware of his sentence of incarceration. Chad has been incarcerated since before our son was born in 2016. I have kept in contact with Chad throughout the many years that he has been incarcerated, as well as allowing him to keep in contact with our son.

I am willing and able to personally meet with Chad on a day-to-day basis, to ensure that he is following the conditions of his release as instructed by the Court and/or United States Probation Office. Chad lives near one of my job sites and I could easily check in on him before, during break, or after work. I am willing to check in on Chad at any other time, if the Court or Probation Office directed me to. I can provide my personal phone number and address, if necessary, for the Probation Office to contact me at any time.



DEFENDANT'S EXHIBIT
**D**
4:15-cr-137

I do hereby swear and affirm that I will accept instructions and conditions for Chad from the Court and/or United States Probation Office and will immediately report any failure by Chad to abide by any conditions set forth.

I further swear and affirm that if instructed, I can conduct personal, unannounced check-ins with Chad. If Chad fails to cooperate with any check-in, I will immediately notify the Court and any other entity the Court deems appropriate.

I understand that if I were not to abide by what the Court instructs, I could be held in contempt and otherwise sanctioned by the Court.

Nicole Savage

_Nicole Savage_, Affiant

By: _Paul Statler_
Paul J. Statler AT0012577
301 East Walnut Street, Suite 7
Des Moines, Iowa 50309
Phone: 515.288.0509 Fax: 515.608.4484
Email: paul@statlerlaw.net
ATTORNEY FOR DEFENDANT

June 27, 2022

I Jo Ann Oppedal do hereby state the following under oath and penalty of perjury.

I have lived in Newton since 1992. Chad Edward Berry is my son.

If Chad can s released from prison, I will do everything possible to ensure he receives the medical attention and counseling he needs. I can provide him with housing and transportation, and anything else to help him re-enter the world outside.

I have zero doubt that Chad will do things to help him mentally and physically to stay on the road to stay in recovery, with the help of friends, family and God.

Chad has many skills in the work field, with education and experience in his background, jobs will be easy for him.

I ask you give real consideration for his release.

Thank you,

JoAnn Oppedal
1319 S 6th Ave E
Newton, IA 50208